IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

DONNA MURCHISON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

Action No. 3:08–CV–818

ORDER

THIS MATTER is before the Court on plaintiff Donna Murchison's objections to Judge Dohnal's Report and Recommendation ("R&R") affirming the Social Security Administration's denial of an application for Supplemental Security Income payments (Doc. No. 12). For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Murchison's objections, ADOPTS Judge Dohnal's R&R (Doc. No. 11), DENIES Claimant's Motion for Summary Judgment (Doc. No. 9), GRANTS Defendant's Motion for Summary Judgment (Doc. No. 10), and AFFIRMS the Commissioner's decision.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

          /s/
James R. Spencer
Chief United States District Judge

Entered this __31st__ day of March 2010